IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MATTHEW BERGER,** | ) |
| | ) |
|    **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) |
| **OFFICE OF THE DIRECTOR OF** | ) |
| **NATIONAL INTELLIGENCE,** | ) |
| 1500 Tysons McLean Dr. | ) |
| McLean, VA 22102 | ) |
| | ) |
|    **Defendant.** | ) |

# COMPLAINT

1. Plaintiff MATTHEW BERGER brings this suit to force Defendant OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE to conduct a reasonable search, issue a determination, and produce reports and recommendations regarding an Intelligence Community Inspector General complaint submitted by BERGER.

## PARTIES

2. Plaintiff MATTHEW BERGER is the FOIA requester in this case.

3. Defendant OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE is a federal agency and is subject to the Freedom of Information Act, 5 U.S.C. § 552.

## JURISDICTION AND VENUE

4. This case is brought under 5 U.S.C. § 552(a)(4)(B) and presents a federal question conferring jurisdiction on this Court. *See* 28 U.S.C. § 1331.

5. Venue is proper under 5 U.S.C. § 552(a)(4)(B).

## NOVEMBER 27, 2024 FOIA REQUEST TO ODNI

6. On November 27, 2024, BERGER's attorneys submitted a FOIA request to ODNI on his behalf seeking the following records:

> 1. All reports and recommendations regarding Intelligence Community Inspector General complaint/intake form submitted by Matthew Berger on October 4, 2022. Date range for search: October 4, 2022 through the date this search is conducted.

7. A privacy waiver consenting to the release of the requested information and signed by BERGER was submitted with the FOIA request.

8. A true and correct copy of the FOIA request is attached as Exhibit 1.

9. On December 2, 2024, ODNI requested additional information in order to process the FOIA request.

10. A true and correct copy of the correspondence is attached as Exhibit 2.

11. On December 10, 2024, Plaintiff submitted additional information to ODNI to assist with processing the request.

12. A true and correct copy of the correspondence is attached as Exhibit 3.

13. On January 8, 2025, ODNI acknowledged receipt of the FOIA request and assigned reference number DP-2025-00028 to the matter.

14. A true and correct copy of the correspondence is attached as Exhibit 4.

15. On February 7, 2025, BERGER's attorneys sent a follow-up message to ODNI on his behalf seeking an estimated date of completion and inquiring about the status of the request.

16. A true and correct copy of the follow-up message is included in Exhibit 5.

17. On February 12, 2025, ODNI stated that the estimated date of completion for the request is June 30, 2025.

18. A true and correct copy of the correspondence is attached as Exhibit 6.

19. ODNI did not send any further correspondence to Plaintiff regarding this request.

20. As of the date of this filing, ODNI has not issued a determination and has not produced any records.

21. As of the date of this filing, ODNI has failed to make any responsive records promptly available to Plaintiff.

### COUNT I – ODNI'S FOIA VIOLATION

22. The above paragraphs are incorporated by reference.

23. Plaintiff's FOIA request seeks the disclosure of agency records and was properly made.

24. Defendant ODNI is a federal agency subject to FOIA.

25. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

26. Defendant ODNI has failed to conduct a reasonable search for records responsive to the request.

27. Defendant ODNI has failed to issue a determination within the statutory deadline.

28. Defendant ODNI has failed to produce all non-exempt records responsive to the request.

**WHEREFORE**, Plaintiff asks the Court to:

  i. declare that Defendant has violated FOIA;

  ii. order Defendant to conduct a reasonable search for records and to produce the requested records promptly;

  iii. enjoin Defendant from withholding non-exempt public records under FOIA;

  iv. award Plaintiff attorneys' fees and costs; and

  v. award such other relief the Court considers appropriate.

Dated: April 2, 2025

RESPECTFULLY SUBMITTED,

*/s/ Matthew V. Topic*

Attorneys for Plaintiff
MATTHEW BERGER

Matthew Topic, D.C. Bar No. IL0037
Stephen Stich Match, D.C. Bar No. MA0044
Merrick Wayne, D.C. Bar No. IL0058
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900
foia@loevy.com