## FOIA Request on behalf of Matthew Berger
1 message

**Meagan Shinker** <shinker@loevy.com>  Wed, Nov 27, 2024 at 12:56 PM
To: ODNI_FOIA@odni.gov
Cc: Merrick Wayne <merrick@loevy.com>

Good Afternoon,

See the attached FOIA request, submitted on behalf of our client Matthew Berger.

Please let us know if you require any additional information to process this request.

Thank you,
Meagan Shinker

---

**Meagan Shinker** (she/her)

LOEVY + LOEVY
Office: (312) 243-5900
311 N Aberdeen St, Chicago, IL 60607
www.loevy.com/first-amendment

---

📄 **2024.11.27 ODNI request.pdf**
160K

# LOEVY + LOEVY

November 27, 2024

311 N. Aberdeen Street
Chicago, Illinois 60607
(312) 243-5900
www.loevy.com

**VIA EMAIL**
Gregory Koch
Director, Information Management Office
ATTN: FOIA/PA
Office of the Director of National Intelligence
ODNI_FOIA@odni.gov

**RE: FOIA Request on behalf of Matthew Berger**

To Whom It May Concern:

Pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. § 552 et seq., this is a request for electronic copies of public records, submitted on behalf of my client Matthew Berger.

Please provide the following:

1. All reports and recommendations regarding Intelligence Community Inspector General complaint/intake form submitted by Matthew Berger on October 4, 2022. Date range for search: October 4, 2022 through the date this search is conducted.

A privacy waiver signed by Mr. Berger is attached to this request. This request is not made for commercial purposes. Please inform me if search fees are in excess of $25.

Thank you,
Meagan Shinker, on behalf of
Matthew Berger

## FOIA Request on behalf of Matthew Berger

**ODNI_FOIA** <ODNI_FOIA@odni.gov>  
To: Meagan Shinker <shinker@loevy.com>, ODNI_FOIA <ODNI_FOIA@odni.gov>  
Cc: Merrick Wayne <merrick@loevy.com>

Mon, Dec 2, 2024 at 2:24 PM

```
                    UNCLASSIFIED
```

Good afternoon Ms. Shinker,

ODNI has received your request, however, to process your case, we will need Mr. Berger's complete social security number, and place of birth.

Sincerely,

DNI-FOIA

```
                    UNCLASSIFIED
```

**From:** Meagan Shinker <shinker@loevy.com>  
**Sent:** Wednesday, November 27, 2024 1:56 PM  
**To:** ODNI_FOIA <ODNI_FOIA@odni.gov>  
**Cc:** Merrick Wayne <merrick@loevy.com>  
**Subject:** FOIA Request on behalf of Matthew Berger

Good Afternoon,

See the attached FOIA request, submitted on behalf of our client Matthew Berger.

Please let us know if you require any additional information to process this request.

Thank you,

Meagan Shinker



**Meagan Shinker** (she/her)

[Quoted text hidden]

---

📄 **Attestation for PA.pdf**
198K

**Exhibit 3**

## FOIA Request on behalf of Matthew Berger

**Meagan Shinker** <shinker@loevy.com>  Tue, Dec 10, 2024 at 9:58 AM
To: ODNI_FOIA <ODNI_FOIA@odni.gov>
Cc: Merrick Wayne <merrick@loevy.com>

Good Morning:

Mr. Berger has completed the attestation form, it is attached along with copies of the front and back of his driver's license. Please inform us if you require any additional information or documentation in order to complete this request.

Thank you,
Meagan Shinker



**Meagan Shinker** (she/her)
**LOEVY + LOEVY**
Office: (312) 243-5900
311 N Aberdeen St, Chicago, IL 60607
www.loevy.com/first-amendment

On Mon, Dec 2, 2024 at 2:25 PM ODNI_FOIA <ODNI_FOIA@odni.gov> wrote:
[Quoted text hidden]

---

**2 attachments**

📄 **AttestationforPA(1)Finished.pdf**
1266K

📄 **DL_berger.pdf**
7107K

**Exhibit 4**

OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE
WASHINGTON, DC

8 January 2025

Matthew Berger
c/o Meagan Shinker
Loevy & Loevy
311 N. Aberdeen St.
Chicago, IL 60607

Ms. Shinker:

This letter acknowledges receipt of your Freedom of Information Act/Privacy Act (FOIA/PA) request received on 10 December 2024 by the Office of the Director of National Intelligence (ODNI), requesting *"All reports and recommendations regarding [the] Intelligence Community Inspector General complaint/intake form submitted...on October 4, 2022,"* pertaining to your client, Matthew Berger. The timeframe for this request is 4 October 2022 to present.

**The request has been assigned ODNI tracking number DP-2025-00028.** ODNI will begin processing this case in accordance with when it was received.

For assistance with any aspect of this request, please contact the ODNI FOIA Office at ODNI_FOIA@odni.gov or (703) 275-1313. Please note, we have updated our email address. Additional support is available through the FOIA Public Liaison at ODNI_FOIA_Liaison@odni.gov and through the Office of Government Information Services (OGIS) at the National Archives and Records Administration, which also offers mediation services regarding FOIA requests. OGIS can be reached by mail at 8601 Adelphi Road, Room 2510, College Park, MD 20740-6001; telephone at (202) 741-5770 or toll-free at (877) 684-6448; or email at ogis@nara.gov.

Sincerely,

Erin Morrison
Chief, Information Review and Release Group
Information Management Office

**Exhibit 5**

## FOIA Request on behalf of Matthew Berger

**Meagan Shinker** <shinker@loevy.com>  Fri, Feb 7, 2025 at 8:33 AM
To: ODNI_FOIA <ODNI_FOIA@odni.gov>
Cc: Merrick Wayne <merrick@loevy.com>

Good morning,

I write to inquire about the following questions relating to this request:
What is the estimated date of completion for the request? What steps have been taken in processing this request? What next steps you anticipate taking to process this request in the next 6 months? Has the search for responsive records been completed yet? How many pages of responsive records were located in the course of the search?

Thank you,

_____
**Meagan Shinker** (she/her)
**⌂ LOEVY + LOEVY**
Office: (312) 243-5900
311 N Aberdeen St, Chicago, IL 60607
www.loevy.com/first-amendment

[Quoted text hidden]

## FOIA Request on behalf of Matthew Berger

**ODNI_FOIA** <ODNI_FOIA@odni.gov>  
To: Meagan Shinker <shinker@loevy.com>  
Cc: Merrick Wayne <merrick@loevy.com>, ODNI_FOIA <ODNI_FOIA@odni.gov>

Wed, Feb 12, 2025 at 12:46 PM

UNCLASSIFIED

Good afternoon, Ms. Shinker,

The search phase for this request is complete and the request has moved into the processing phase. ODNI estimates a completion date of 30 June 2025.

Thank you,

ODNI FOIA

ODNI's New FOIA address: ODNI_FOIA@odni.gov

ODNI's New FOIA Liaison address: ODNI_FOIA_Liaison@odni.gov

UNCLASSIFIED

**From:** Meagan Shinker <shinker@loevy.com>  
**Sent:** Friday, February 7, 2025 9:34 AM  
**To:** ODNI_FOIA <ODNI_FOIA@odni.gov>

**Cc:** Merrick Wayne <merrick@loevy.com>
**Subject:** Re: FOIA Request on behalf of Matthew Berger

Good morning,

I write to inquire about the following questions relating to this request:

What is the estimated date of completion for the request?  What steps have been taken in processing this request? What next steps you anticipate taking to process this request in the next 6 months? Has the search for responsive records been completed yet?  How many pages of responsive records were located in the course of the search?

Thank you,

_____
**Meagan Shinker** (she/her)

Office: (312) 243-5900
311 N Aberdeen St, Chicago, IL 60607
**www.loevy.com/first-amendment**

On Tue, Dec 10, 2024 at 9:58 AM Meagan Shinker <shinker@loevy.com> wrote:

> Good Morning:
>
> Mr. Berger has completed the attestation form, it is attached along with copies of the front and back of his driver's license.  Please inform us if you require any additional information or documentation in order to complete this request.
>
> Thank you,
>
> Meagan Shinker
>
> _____
> **Meagan Shinker** (she/her)
>
> [Quoted text hidden]
>
> [Quoted text hidden]